JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dwayne Amsterdam, | ) | Case No. 5:19-cv-01181-RGK-KK |
| Plaintiff(s) | ) ) ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| v. | ) ) | |
| LCSA San Bernardino County of Child Support Services, | ) ) ) | |
| Defendant(s) | ) ) ) ) | |

On June 23, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [16]. Plaintiff's response to the Order to Show Cause was due by July 1, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 1, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE